
|  |  |
|---|---|
| 1 | LELAND LAW |
| 2 | 7200 Greenleaf Avenue, Suite 170A |
|   | Whittier, CA 90602 |
| 3 | Telephone: (562) 904-6955 |
| 4 | Facsimile:  (562) 632-1301 |
|   | MICHAEL T. KEATING (State Bar No: 266562) |
| 5 | E-mail: tracey@disabilitylawfirm.com |
| 6 |     Attorneys for Plaintiff |
|   | TRACY L. WILKISON |
| 7 | Acting United States Attorney |
| 8 | DAVID M. HARRIS |
|   | Assistant United States Attorney |
| 9 | Chief, Civil Division |
| 10 | CEDINA M. KIM |
|    | Assistant United States Attorney |
| 11 | Senior Trial Attorney, Civil Division |
| 12 | MICHAEL K. MARRIOTT, CSBN 280890 |
| 13 | Special Assistant United States Attorney |
|    |     Social Security Administration |
| 14 |     160 Spear Street, Suite 800 |
| 15 |     San Francisco, CA  94105 |
|    |     Telephone: (510) 970-4836 |
| 16 |     Facsimile: (415) 744-0134 |
| 17 |     Email:  Michael.Marriott@ssa.gov |
|    |     Attorneys for Defendant |
| 18 |   |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DVISION

| | | |
|---|---|---|
| 22 | PAMELA JEAN DEGLER, | ) Case No. EDCV 20-02573-MAR |
| 23 |    Plaintiff, | ) [~~PROPOSED~~] **ORDER AWARDING** |
|    |   | ) **EQUAL ACCESS TO JUSTICE** |
| 24 |    v. | ) **ACT ATTORNEY FEES** |
| 25 | KILOLO KIJAKAZI, | ) **PURSUANT TO 28 U.S.C. § 2412(d)** |
|    | Commissioner of Social Security, | ) |
| 26 |   | ) |
| 27 |    Defendant. | ) |
| 28 |   |   |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND FOUR HUNDRED and FIFTEREN DOLLARS [$3,415.00]. as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated: January 24, 2022

_____
HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE